THADDEUS SULLIVAN, Respondent, *v.* BURGARD-WISE CONSTRUCTION COMPANY, Appellant.

*Sullivan* v. *Burgard - Wise Constr. Co.*, 119 App. Div. 921, affirmed.
(Argued October 6, 1908; decided October 23, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 31, 1907, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been received through defendant's negligence.

*Hugh J. O'Brien, Simon Fleischmann* and *Carlisle J. Gleason* for appellant.

*Isaac S. Signor* and *Charles G. Signor* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.

---

MICHAEL J. FORD, Respondent, *v.* ADAMS DRY GOODS COMPANY, Appellant.

*Ford* v. *Adams Dry Goods Co.*, 121 App. Div. 895, affirmed.
(Argued October 7, 1908; decided October 23, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered August 3, 1907, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been received through defendant's negligence.

*Frederick E. Fishel* for appellant.

*Maurice L. Heidenheimer, Emanuel van Dernoot* and *Louis J. Vorhaus* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: EDWARD T. BARTLETT, VANN, WILLARD BARTLETT and CHASE, JJ. Dissenting: CULLEN, Ch. J., HAIGHT and WERNER, JJ.